| | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **FILED & ENTERED**<br><br>**FEB 05 2008**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY wesley    DEPUTY CLERK |
| In re:<br>Brotman Medical Center, Inc., a California corpora,<br><br>Debtor(s).<br><br>Trustee. | CHAPTER:    11<br><br>CASE NO.:    LA -07-19705BB<br>DATE:    February 5, 2008<br>TIME:    10:00 AM<br>CTRM:    1475<br>FLOOR: |

## ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362
### (MOVANT:  Rosslyn Diamond, GAL c/o Retha Green )

1. The Motion was:    ☒ Contested    ☐ Uncontested    ☐ Not Prosecuted

2. The property (the "Property") to which this Order applies is as follows (specify common description or street address):

Los Angeles Superior Court litigation entitled. Green v. Brotman Medical Center, Inc., docket number SC 093736

3. The Motion is denied: ☒ without prejudice    ☐ with prejudice ☒ on the following grounds:
   ☐ Based upon the findings and conclusions made on the record at the hearing
   ☐ Unexcused non-appearance by Movant
   ☐ Lack of proper service
   ☒ Lack of good cause shown for relief from stay
   ☐ The automatic stay is no longer in effect under:    ☐ 11 U.S.C. § 362(c)(2)(A)    ☐ 11 U.S.C. § 362(c)(2)(B)
                                                         ☐ 11 U.S.C. § 362(c)(3)(A)    ☐ 11 U.S.C. § 362(c)(4)(A)

   ☐ Other (specify):

4. ☐ Movant may not file another motion for relief from the stay in this case absent a court order authorizing re-filing.

Dated:    02/05/2008

_____
UNITED STATES BANKRUPTCY JUDGE

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                F 4001-10.DENY

| In Re | (SHORT TITLE) | | CHAPTER:11 |
|---|---|---|---|
| Brotman Medical Center, Inc., a California corpora | | Debtor(s) | CASE NO: LA -07-19705BB |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (in whole or in part) was entered on (specify date):

02/05/2008

Dated:    02/05/2008

                                      JON D. CERETTO
                                      Clerk of the Bankruptcy Court


By: _____
     Deputy Clerk

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                                                F 4001-10.DENY

| In Re | (SHORT TITLE) | | CHAPTER:11 |
|---|---|---|---|
| Brotman Medical Center, Inc., a California corpora | | Debtor(s) | CASE NO: LA -07-19705BB |

## SERVICE LIST

Freddie Fletcher
2901 W Beverly Blvd
Los Angeles, CA 90057

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                          F 4001-10.DENY