| Attorney or Appellant, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Freddie Fletcher, P.C. (134734)<br>2901 W. Beverly Blvd., Box 7031<br>Los Angeles, CA 90057<br>(310) 487-4706; fax (213) 739-1411<br><br>*Attorney for Appellant* | FILED<br>FEB 15 2008<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: Brotman Medical Center, Inc., a California Corporation<br><br>Debtor(s). | |
| Last four digits of Social Security Number(s): | CHAPTER: 11<br>CASE NUMBER: LA 07-19705 |
| Employer's Tax Identification No(s) [if any]: 3823 | ADVERSARY NUMBER: |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the *(check only one box)* ☐ plaintiff   ☐ defendant or ☒ other party

   *(specify name of party)* RETHA GREEN by & thru her GAL, Rosslyn Diamond , appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge *(describe judgment, order, or decree)* Order Denying Motion for Relief From Automatic Stay  entered in this adversary proceeding or other proceeding *(describe other proceeding)* motion hearing  on the 5th  day of FEBRUARY , *(year)* 2008 .

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows *(print or type names, addresses, telephone, and fax numbers)*:

| | | |
|---|---|---|
| Thomas Patterson<br>Klee, Tuchin, et al. LLP<br>1999 Avenue of the Stars, 39th Fl.<br>Los Angeles, CA 90067<br>310-407-4000<br>310-407-9090 (fax)<br>Reorganization Counsel for Debtor | Benjamin Seigel<br>Buchalter Nemer, P.C.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-2457<br>213-891-0700<br>213-896-0400 (fax)<br>Atty. for Creditor's Committee | Jill Sturtevant<br>Office of the U.S. Trustee<br>725 S. Figueroa St., 26th Fl.<br>Los Angeles, CA 90017<br>213-894-4480<br>213-894-2603<br>U.S. Trustee |

*(Continued on next page)*

Revised 05/04                                                                                      FORM 17

| Notice of Appeal - *Page 2* | | **FORM 17** |
|---|---|---|
| In re | | CHAPTER: 11 |
| Brotman Medical Center, Inc., A California Corporation | Debtor(s). | CASE NUMBER: LA-07-19705BB |

Dated:    15 FEB 08

*Signature (Attorney for Appellant or Appellant if not represented by an Attorney)*

Freddie Fletcher
*Attorney Name*

2901 W. Beverly Blvd., Box 703, L.A., CA  90057
*Address*

310-487-4706
*Telephone Number*

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

| Notice of Appeal - *Page 3* | | **FORM 17** |
|---|---|---|
| In re | | CHAPTER: 11 |
| Brotman Medical Center, Inc., A California Corporation | Debtor(s). | CASE NUMBER: LA-07-19705BB |

## PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF LOS ANGELES

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

    2901 W. Beverly Blvd., Box 703
    Los Angeles, CA 90057

2. **Regular Mail Service:** On 2/15/08, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as set forth below.

☒ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 2/15/08

Freddie Fletcher
*Typed Name*

*Signature*

*Revised 05/04*                                                                                                 **FORM 17**

## SERVICE LIST

| Attorney for Debtor | Thomas E. Patterson<br>David A. Fidler, Esq.<br>Klee, Tuchin, Bogdanoff & Stern, LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067 |
|---|---|
| Attorney for Creditor Committee | Benjamin Seigel<br>Buchalter Nemer, P.C.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-2457 |
| U.S. Trustee | Jill Sturtevant<br>Office of the United States Trustee<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017 |