# JUDGE'S INSTRUCTIONS FOR ENTERING DISCHARGE IN CHAPTER 11 CASES

| NAME OF DEBTOR: Brotman Medical Center | CASE NO. LA 07-19750 BB |
|---|---|

RECEIVED APR - 3 2009 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

FILED APR - 3 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

ENTERED APR - 6 2009 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

**PLEASE ENTER AND CAUSE TO BE SERVED ON ALL CREDITORS AND PARTIES IN INTEREST AN ORDER OF DISCHARGE**

☐ ON THE SAME DATE AS THE ENTRY OF THE ORDER CONFIRMING THE CHAPTER 11 PLAN;

☐ ON ___/___/___, THE EFFECTIVE DATE OF THE PLAN;

☐ UPON THE GRANTING OF A MOTION FOR ORDER OF DISCHARGE;

☐ CONCURRENTLY WITH THE ENTRY OF THE FINAL DECREE;

☒ OTHER: On Effective Date, but plan won't become effective until certain conditions have been satisfied and these won't occur if district court issues a stay pending appeal.

☐ NO DISCHARGE WILL BE ENTERED BECAUSE THE DEBTOR IS NOT ELIGIBLE FOR ONE.

Judge: SHERI BLUEBOND    Judge's Signature: /s/ Sheri Bluebond

Date signed: 4-3-09

Once conditions have been satisfied, debtor was instructed to file notice that plan has become effective — once debtor files this notice, please enter discharge.